**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 00-1825**

―――――――――――

MICHAEL CRAIG CLARK,

                                        Plaintiff - Appellant,

        versus

ERICKSONS ASHLAND; TOMS MOBIL; ST. BRENDAN
CATHOLIC CHURCH; FAITH BAPTIST CHURCH; FIRST
BAPTIST CHURCH; LANDMARK BAPTIST CHURCH; GRACE
EPISCOPAL   CHURCH;   HOLY   TRINITY   LUTHERAN
CHURCH; PRESBYTERIAN CHURCH DAVIS MEMORIAL;
DESTINY TABERNACLE OF PRAISE; CHURCH OF GOD;
CHURCH   OF   CHRIST;   FIRST   CHURCH   OF   CHRIST;
FIRST CHURCH OF THE NAZARENE; SEVENTH DAY AD-
VENTIST CHURCH; ELKINS CHURCH OF THE BRETHREN;
OTTERBEIN   UNITED   METHODIST   CHURCH;   WOODFORD
MEMORIAL UNITED METHODIST CHURCH; FAITH FOUR-
SQUARE CHURCH,

                                        Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Elkins.  Robert Earl Maxwell, Senior
District Judge.  (CA-00-51-2)

―――――――――――

Submitted:  August 30, 2000        Decided:  September 6, 2000

―――――――――――

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

Michael Craig Clark, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Craig Clark appeals the district court's order dismissing his civil action as frivolous pursuant to 28 U.S.C.A. § 1915 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Clark v. Ericksons Ashland</u>, No. CA-00-51-2 (N.D.W. Va. June 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>